1
2
3
4
5
6            IN THE UNITED STATES DISTRICT COURT

7              FOR THE DISTRICT OF ARIZONA

8

9    Sherrod Quintell Shervington,              No. CV-22-02097-PHX-DWL

10              Petitioner,                      **ORDER**

11   v.

12   David Shinn, et al.,

13              Respondents.

14

15          Pending before the Court are Petitioner's Petition for Writ of Habeas Corpus

16   pursuant to 28 U.S.C. § 2254 (Doc. 1) and the Report and Recommendation ("R&R") of

17   the United States Magistrate Judge (Doc. 11).  The R&R, which was issued on October 12,

18   2023, recommended that the petition be denied and dismissed with prejudice and further

19   provided that "[t]he parties shall have fourteen days from the date of service of a copy of

20   this [R&R] within which to file specific written objections with the Court."  (Doc. 11 at 9-

21   10.)

22          Here, no such objections have been filed.  Thus, the Court accepts the Magistrate

23   Judge's recommendation.  *See, e.g., Thomas v. Arn*, 474 U.S. 140, 149-50 (1985) ("It does

24   not appear that Congress intended to require district court review of a magistrate's factual

25   or legal conclusions, under a *de novo* or any other standard, when neither party objects to

26   those findings."); *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) ("[N]o

27   review is required of a magistrate judge's report and recommendation unless objections are

28   filed.").  *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)

("[T]he district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise.").

Accordingly,

**IT IS ORDERED** that the R&R's recommended disposition (Doc. 11) is accepted, that the Petition (Doc. 1) is denied and dismissed with prejudice, and that the Clerk of Court shall enter judgment accordingly.

**IT IS FURTHER ORDERED** that a certificate of appealability and leave to proceed in forma pauperis on appeal be **DENIED** because the dismissal of the petition is justified by a plain procedural bar and jurists of reason would not find the procedural ruling debatable.

Dated this 3rd day of November, 2023.

Dominic W. Lanza
United States District Judge